

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★       ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00774-CV

**IN RE Alan URESTI**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Rebecca Simmons, Justice
              Marialyn Barnard, Justice

Delivered and Filed: December 16, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On December 3, 2009, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 1995-CI-13445, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.